IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDY RAMIREZ,                          No. C 12-00872 YGR (PR)

    Petitioner,                      **JUDGMENT**

  vs.

ANTHONY HEDGPETH, Warden,

    Respondent.
_____/

    Pursuant to the Court's Order of today's date granting Respondent's motion to dismiss, IT IS ORDERED AND ADJUDGED that this action is dismissed for failure to state a claim upon which relief may be granted.

    IT IS SO ORDERED.

DATED: March 28, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\HC.12\Ramirez0872.jud.wpd